| | |
|---|---|
| **FITAPELLI & SCHAFFER, LLP**<br>Joseph A. Fitapelli<br>Eric J. Gitig<br>475 Park Avenue South, 12th Floor<br>New York, New York 10016<br>Telephone: (212) 300-0375 | **BRUCKNER BURCH PLLC**<br>Richard J. (Rex) Burch<br>8 Greenway Plaza, Suite 1500<br>Houston, Texas 77046<br>Telephone: (713) 877-8788 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2014

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DINESHEIA WEST, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

INNOVATIVE EMERGENCY MANAGEMENT, INC.,

Defendant.

Civil Case No.:
14-CV-4014 (RJS)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The Motion of Richard J. (Rex) Burch, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

Richard J. (Rex) Burch
Bruckner Burch PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
E-mail: rburch@brucknerburch.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the Plaintiff in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronically Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>

Dated: July 22, 2014

Hon. Richard J. Sullivan
United States District Judge